# Order

**Supreme Court**
**Lansing, Michigan**

September 21, 2005

128503

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

JESUS JUVENCIO QUINTANILLA,
      Defendant-Appellant.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 128503
COA: 259904
Kent CC: 02-005771-FH

On order of the Court, the application for leave to appeal the January 14, 2005 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.

KELLY, J., would grant leave to appeal.



I, CORBIN R. DAVIS, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 21, 2005

_____
Clerk

d0914